IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LAUREL LEE BUESCHER A/KA
LAUREL L. BENNETT,

      Appellant,

 v.

Case No.  5D21-1445
LT Case No. 2019-CA-049270

L&L COLLECTIONS, LLC, A FLORIDA
LIMITED LIABILITY COMPANY,

      Appellee.
_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for Brevard County,
Michelle L. Naberhaus, Judge.

Carl J. Hognefelt and Amir
Ghaeenzadeh, of Amethyst Law
Group, LLC, Tampa, for Appellant.

James D. Tittle, of Tittle, Kairalla &
Logan, P.L., West Palm Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.